# Dan Molloy

601 S 56th Street• Omaha, NE 68106
Phone: 402-677-3619 • Fax: 402-334-1088 • E-Mail: kezoz92@aol.com

Date: 1/7/15

Molloy v. SR Midwest 1 LLC

Case number: 1:13-cv-00023-SMR-RAW

Honorable Ross A. Walters

PO Box 9344
Des Moines, IA 50306-9344
or 123 Walnut Street, Room 300, Des Moines, IA 50309

Dear Judge Ross Walters,

Due to not retaining legal council at this time, I am going to withdrawal my current lawsuit without prejudice.  I am still able to re-file this case at a later date per our last hearing.

Please accept my sincere thank you for your time and consideration.

Sincerely,

*[signature]*
Dan Molloy

**RECEIVED**
FEB 11 2015

