This event contained no paper or electronic document

This event contained no paper or electronic document